1  THOMAS V. MILES 131118
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR ANTHONY VARGAS

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   NO. 1:13-CR-00202-01 LJO
                                      )
10              Plaintiff,            )   STIPULATION TO CONTINUE
                                      )   SENTENCING
11       vs.                          )   AND ORDER THEREON
                                      )
12  ANTHONY J. VARGAS,                )   DATE:      August 26, 2013
                                      )   TIME:      8:30 A.M.
13              Defendant.            )   DEPT:      Hon. Lawrence J. O'Neill
                                      )
14  _____   )

15       IT IS HEREBY STIPULATED by and between the parties hereto through

16  their attorneys of record that the sentencing  presently scheduled before the Honorable

17  Lawrence J. O'Neill  for August 26, 2013 at the hour of 8:30 a.m. be continued to

18  September 30, 2013 at 8:30 a.m.

19       It is agreed by the parties that the requested continuance is necessary to

20  accommodate the schedule of defendant's counsel.  It is further agreed that the date for

21  filing and serving on opposing counsel objections to the presentence report shall be

22  September 23, 2013 rather than August 19, 2013.

23

24

25  Dated: August 15, 2013.          .BENJAMIN B. WAGNER, United States Attorney

26                                   By:__/s/ Christopher Baker_____
                                         Christopher Baker, Assistant U.S. Attorney
27                                       Attorney for Plaintiff

28

                    Stipulation to Continue Sentencing and Order Thereon

1  Dated: August 15, 2013.

2                                         /s/ Thomas V. Miles
                                   THOMAS V. MILES,
3                                  Attorney for Defendant Vargas

4                                          ORDER

5  THE COURT FINDS THAT GOOD CAUSE HAS NOT BEEN STATED FOR THE

6  CONTINUANCE.   THAT SAID, DEFENSE COUNSEL REPRESENTS THAT THE

7  REASON   IS   PERSONAL   IN   NATURE.     THE   COURT   ACCEPTS   THE

8  REPRESENTATION AND WILL NOT REQUIRE THE ORDINARILY REQUIRED GOOD

9  CAUSE.  GRANTED AS REQUESTED.

10
      IT IS SO ORDERED.
11
   Dated:    **August 15, 2013**              **/s/  Lawrence J. O'Neill**
12                                         UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28